# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2732

_____

DR. MICHÈLE LE BLANC,
individually, pro se, and DR.
MICHÈLE LE BLANC as Trustee of
The Michèle Mius d'Entremont
Le Blanc De Verdure Trust,

    Appellants,

    v.

DEBORAH M. WATERS a/k/a
DEBBIE MARIE WATERS a/k/a
DEBORAH MARIE SEDES a/k/a
DEBORAH M. SEDES Individually
and on behalf of Riviera 615
Condominium, Inc., Riviera 615
Condominium, Inc., a Florida
not for profit corporation, and
WILLIAM EUGENE "BUDDY"
WHITTEN a/k/a BUDDY WHITTEN
a/k/a WILLIAM E. WHITTEN,
Individually and on behalf of
Riviera 615 Condominium, Inc.,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

May 27, 2026

PER CURIAM.

The Court summarily affirms the lower tribunal's September 22, 2025, order denying Plaintiff's motion for leave to add punitive damages. *See* Fla. R. App. P. 9.315(a).

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dr. Michèle Le Blanc, pro se, Appellant.

R. Douglas Goldin of Goldin Law, P.A., Pensacola, for Appellant Dr. Michèle Le Blanc as Trustee of The Michèle Mius d'Entremont Le Blanc De Verdure Trust.

No appearance for Appellees.